# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT WASHINGTON,<br><br>            Petitioner,<br><br>  v.<br><br>RAYMOND MADDEN, Warden,<br><br>            Respondent. | Case No. CV 15-08872 VAP (AFM)<br><br>**JUDGMENT** |

    Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

    IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed without prejudice.

DATED: April 22, 2016

                                      _____
                                        VIRGINIA A. PHILLIPS
                                  UNITED STATES DISTRICT JUDGE